IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RMT, INC.,                                                                                          ORDER

                            Plaintiff,                                        11-cv-676-bbc

      v.

CABLE SYSTEM INSTALLATION LIMITED LIABILITY COMPANY
and CABLE SYSTEM INSTALLATIONS CORP.,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In this civil action for monetary and injunctive relief, plaintiff brings claims for breach of contract against defendants Cable System Installation Limited Liability Company and Cable System Installations Corp.  Plaintiff alleges that this court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the parties are completely diverse and the matter in controversy exceeds $75,000.  On October 11, 2011, I ordered plaintiff RMT, Inc. to provide this court with proof that the parties are actually diverse and in particular, to provide verification of the citizenship of defendant Cable System Installation Limited Liability Company.

      Plaintiff has responded with adequate proof that plaintiff is completely diverse from defendants.  Plaintiff is a Wisconsin corporation with its principal place of business in Wisconsin.  Defendant Cable System Installation Corp. is a New Jersey corporation with its

1

principal place of business in New Jersey and the five members of defendant Cable System Installations LLC are citizens of New York and New Jersey. Therefore, the court has jurisdiction over this case under 28 U.S.C. § 1332(a)(1).

ORDER

IT IS ORDERED that plaintiff RMT, Inc.'s notice of proof of jurisdiction is ACCEPTED.

Entered this 31st day of October, 2011.

        BY THE COURT:
        /s/
        BARBARA B. CRABB
        District Judge